RECEIVED
IN LAKE CHARLES, LA.
JUN -6 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RONALD MILLARD IRBY | CIVIL ACTION NO. 12-CV-2302 |
| #98804 | SECTION P |
| VS. | JUDGE MINALDI |
| CALCASIEU PARISH SHERIFF'S DEPARTMENT, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 16], and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein (Styled as a "Notice of Appeal, [Doc. 18]), and having determined that the findings are correct under applicable law:

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(A)(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii);

**IT IS FURTHER ORDERED** that the Motion to Appoint Counsel [Doc. 19], filed by the plaintiff, is **DENIED** as **MOOT**.

Lake Charles, Louisiana, on this the 5 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE